DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile:  (408) 297-6000

Attorneys for Defendants
MDK MOTORSPORTS, LLC and
MARK D. KVAMME

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BARRY GILBERT, an individual,<br><br>                    Plaintiff,<br><br>     vs.<br><br>MDK MOTORSPORTS, LLC, a California Limited Liability Corporation; MARK KVAMME, an individual; and DOES 1-20, inclusive,<br><br>                    Defendants. | Case No. CV10-01511 RS<br><br>**STIPULATION TO CONTINUE HEARING ON PLAINTIFF GILBERT'S MOTION TO REMAND CASE TO STATE COURT AND ON TRUSTEE SAMSON'S MOTION TO TRANSFER VENUE**<br><br>Judge: Hon. Richard Seeborg<br>Dept.: Ctrm. 3, 17th Fl.<br><br>Complaint filed: February 10, 2009<br>Trial Date: None set. |

The parties, by and through their respective counsel, hereby agree and stipulate, and jointly request that the Court enter this stipulation as an Order of the Court, as follows:

**STIPULATION**

WHEREAS, the parties have agreed and hereby request that the hearings on Trustee Samson's pending Motion to Transfer Venue and Plaintiff Gilbert's pending Motion to Remand Case to State Court, previously set for June 15, 2010, be reset to June 17, 2010, with the due date for opposition papers on May 27, 2010 and the due date for reply papers on June 3, 2010;

IT IS SO STIPULATED.


Dated:  May 20, 2010                    BERGESON, LLP

                                        By: _____/s/_____
                                           Melinda M. Morton
                                           Attorneys for Defendants
                                           MDK MOTORSPORTS, LLC
                                           and MARK D. KVAMME


In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.


Dated:  May 20, 2010                    GORDON & REES LLP

                                        By: _____/s/_____
                                           Heather Irwin
                                           Attorneys for Plaintiff
                                           BARRY GILBERT


Dated:  May 19, 2010                    DAVIS WRIGHT TREMAINE LLP

                                        By: _____/s/_____
                                           Alexis Tretter
                                           Attorneys for Richard J. Samson, Esq. as
                                           Trustee for the Chapter 7 Bankruptcy Estate
                                           of MDK Motor Sports LLC

- 1 -

STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO REMAND
CASE TO STATE COURT AND TRUSTEE SAMSON'S MOTION TO TRANSFER VENUE          CV10-01511 RS

**ORDER**

In accordance with the foregoing stipulation of the parties, and with good cause appearing therefor, the Court enters the Stipulation as an Order of the Court.

IT IS SO ORDERED.

Dated: __May 26_____, 2010        By: _____
                                        Honorable Richard Seeborg
                                        United States District Judge

- 2 -

STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO REMAND
CASE TO STATE COURT AND TRUSTEE SAMSON'S MOTION TO TRANSFER VENUE        CV10-01511 RS