**\*\*E-filed 06/11/2010\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

BARRY GILBERT,

    Plaintiff,

v.

MDK MOTORSPORTS, LLC, et al.,

    Defendants.
_____/

No. C 10-01511 RS

**ORDER VACATING HEARING**

The notice of removal herein appears to have initially been drafted with the understanding that it would be filed in the bankruptcy court, although that paragraph (¶6) has been crossed out by hand. The remaining paragraph discussing venue (¶7) confusingly refers to the district court in one sentence and the bankruptcy court in the next. In any event, it appears that the matter should have been removed to the bankruptcy court. See *In re Eyecare of So. California,* 258 B.R. 765, 768 (2001); General Order 24. The hearing date on the pending motion to remand and motion to transfer are hereby vacated. Within 10 days of the date of this order the parties may file any objections they have to this matter being transferred to the bankruptcy court for the Northern District of California, where the pending motions could be renewed.

Dated: 06/11/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE