**\*\*E-filed  6/29/2010\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BARRY GILBERT, | No. C 10-01511 RS |
| Plaintiff, | **ORDER TRANSFERRING ACTION TO BANKRUPTCY COURT** |
| v. | |
| MDK MOTORSPORTS, LLC, et al., | |
| Defendants. | |

On June 11, 2010, the Court issued an order stating that this action appeared to have been erroneously removed here rather than to the bankruptcy court. The order required that any objections to the matter being transferred to the bankruptcy court be filed within 10 days. More than 10 days have elapsed, and no objections have been filed. Accordingly, good cause appearing, this action is hereby transferred to the bankruptcy court for the Northern District of California pursuant to the referral of bankruptcy matters found in General Order 24. This order is without prejudice to the parties' pending motions to transfer venue and to remand to state court, both of which may be re-noticed for hearing in the bankruptcy court.

Dated: 6/29/10

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE